UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALHI TRUCKLINE INC., | Case No.  1:25-cv-00672-KES-HBK |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | MARCH 9, 2026 DEADLINE |
| LOVE LOGISTICS INC., and MANDEEP CHOUHAN, | |
| Defendants. | |

On January 9, 2026, the court directed Defendants Love Logistics Inc. and Mandeep Chouhan to file substitutions of counsel no later than February 9, 2026.  (Doc. 30).  As of the date of this Order, Defendant Love Logistics Inc. and Defendant Mandeep Chouhan have failed to file notices of substitution or otherwise respond to the Court's January 9, 2026 Order.

The Local Rules of the Eastern District of California provide that the "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L.R. 110.

The Court will afford Defendants an opportunity to show cause why the Court should not issue sanctions as authorized by Local Rule 110 for Defendants' failure to comply with a court order, including striking of Defendants' responsive pleading to Plaintiff's motion to remand.

////

Accordingly, it is hereby ORDERED:

1. No later than **March 9, 2026**, Defendants Love Logistics Inc. and Mandeep Chouhan shall file notices of substitutions of counsel or show cause in writing why the Court should not impose sanctions for Defendant's failure to comply with the Court's January 9, 2026 Order.

2. Failure to timely respond to this Order to Show Cause may result in the Court issuing sanctions, including striking Defendants' responsive pleading to Plaintiff's motion to remand and any other further sanctions as authorized by Local Rule 110.

3. The Clerk shall serve a copy of this Order on Defendants at their current address of record: 5057 West Brown Avenue Fresno CA 93722.

Dated:    February 27, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE