UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALHI TRUCKLINE INC.,

Plaintiff,

v.

LOVE LOGISTICS INC., et al,

Defendants.

Case No.  1:25-cv-00672-KES-HBK

ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME

On March 6, 2026, Defendant Mandeep Singh Chouhan filed a pro se response to the Court's February 27, 2026 Order to Show Cause.  (Doc. 32).  Therein, Defendant states she is "currently representing [her]self" and requests an extension of time to obtain counsel.  (*Id.*).  The Court will grant  Defendant a further 30-day extension of time to acquire counsel.   As previously advised, although Defendant Mandeep Chouhan may appear pro se if she chooses, a corporation may not appear in federal court except by counsel.  Thus, Defendant Love Logistic Inc. must have counsel appear within 30 days.

Accordingly, it is hereby ORDERED:

1.      The Court's February 27, 2026 Order to Show Cause (Doc. 31) is DISCHARGED.

2.      The Clerk shall correct the docket to reflect that Defendant Mandeep Singh Chouhan is appearing pro se.

3.      **No later than April 10, 2026**, Defendant Mandeep Singh Chouhan and Defendant

Love Logistics Inc. shall file a notice of substitution of counsel.

4.  The failure of Defendants to file a substitution of counsel may result in sanctions including striking Defendants' responsive pleading to Plaintiff's motion to remand and any other further sanctions as authorized by Local Rule 110.

Dated:   March 10, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2