UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALHI TRUCKLINE INC., | Case No. 1:25-cv-00672-KES-HBK |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | (Doc. 34) |
| LOVE LOGISTICS INC., et al, | MAY 28, 2026 DEADLINE |
| Defendants. | |

On March 6, 2026, Defendant Mandeep Singh Chouhan filed a pro se response to the Court's February 27, 2026 Order to Show Cause. (Doc. 34). Therein, Defendant Chouhan requests on behalf of herself and Defendant Love Logistics Inc. an additional 45 days to obtain legal counsel. (*Id.*). Defendant Chouhan states this extension is necessary because of her financial situation, health issues over the past month, and a personal hardship due to the passing of close family members. (*Id.*).

The Court will grant Defendants a further 45-day extension of time to acquire counsel. **No further extensions of time should be anticipated.** As previously advised, although Defendant Chouhan may appear pro se if she chooses, a corporation may not appear in federal court except by counsel.

Accordingly, it is hereby ORDERED:

1. **No later than May 28, 2026**, Defendants shall file a notice of substitution of

counsel.  **No further extensions of time should be anticipated.**

2.      The failure of Defendants to file a substitution of counsel may result in sanctions including striking Defendants' responsive pleading to Plaintiff's motion to remand and any other further sanctions as authorized by Local Rule 110.


Dated:     April 13, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2